# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL BERTHER,**

      **Plaintiff,**

      **v.**

**TSYS TOTAL DEBT MANAGEMENT, INC.,**

      **Defendant.**

Case No. 06-CV-293

# ORDER

On June 19, 2007, this court granted preliminary approval of the parties' proposed class settlement. On June 21, 2007, the court submitted to the parties suggested revisions to their proposed class notice. The parties were instructed to jointly file any changes to the court's revisions no later than June 29, 2007. Neither party submitted any such changes.

**IT IS HEREBY ORDERED**:

1. The attached Notice of Class Pendency is hereby approved.

2. Defendant shall mail the aforementioned Notice to all class members within twenty-one (21) days of the issuance of this order.

3. The class notice period, including the class members' rights to opt out of the class, shall close forty-five (45) days after the defendant mailed the Notices.

-1-

The court is also providing to defendant's counsel, David M. Schultz, a copy of the final Notice of Class Pendency in Word format to the email address listed on the docket.

Dated at Milwaukee, Wisconsin this <u>18th</u> day of July, 2007.

<u>s/AARON E. GOODSTEIN</u>
U.S. Magistrate Judge
