# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

MICHAEL BERTHER,
        Plaintiff,

 v.                                        06-CV-293

TSYS TOTAL DEBT MANAGEMENT, INC.,
        Defendant.

[x]    **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

The claims of Plaintiff and the Settlement Class as set forth in the Class Settlement Agreement against Defendant and the Releasees are dismissed with prejudice and with costs pursuant to the Order, as stated:

The Court awards attorneys' fees and costs of $12,500 to Ademi & O'Reilly, LLP. Class counsel is not entitled to payment of any additional fees and costs other than these Court awarded fees and costs.

                                          Jon W. Sanfilippo, Clerk of Court
                                          EASTERN DISTRICT OF WISCONSIN

Date:  October 22, 2007             (By) Deputy Clerk, <u>s/ C. Quinn</u>

                                          Approved this <u>22nd</u> day of October, 2007.

                                          <u>s/AARON E. GOODSTEIN</u>
                                          United States Magistrate Judge